UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SYLVIA JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Respondent. | CASE NO. 3:25-cv-5702-JNW<br><br>ORDER DIRECTING RESPONSE |

On August 27, 2025, the Court granted Petitioner Sylvia Johnson's motion to proceed in forma pauperis ("IFP") and filed her complaint against the Commissioner of Social Security. Dkt. Nos. 2, 3. Pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g), the Court notified the Social Security Administration's Office of General Counsel and the United States Attorney's Office for the Western District of Washington. Dkt. No. 4. The Commissioner of Social Security sent the administrative record to Johnson's counsel via first-class mail on October 24, 2025. Dkt. No. 7.

On July 30, 2026, the Court issued a scheduling order, directing Johnson to file her Opening Brief by August 31, 2026. On August 30, 2026, Johnson moved to

extend the deadline. Dkt. No. 10. Johnson's counsel stated that "the certificate of service does not seem to have been filed and therefore Plaintiff does not have access to the Certified Administrative Record." Dkt. No. 10 at 1.

The Court is concerned by counsel's representation because the docket shows a certificate of service. Dkt. No. 7. Accordingly, the Court ORDERS Johnson to file a response by October 2, 2026, not exceeding three (3) pages, stating whether she has received a copy of the Certified Administrative Record and proposing a briefing schedule. The Court STRIKES the deadlines set by the Scheduling Order at Dkt. No. 9 and DENIES as moot Johnson's motion for an extension of time, Dkt. No. 10.

Dated this 25th day of September, 2026.

Jamal N. Whitehead
United States District Judge